UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Elizabeth Leah Hinkle,        :    CASE NO: 1:21-BK-01190-HWV
    aka Beth L. Hinkle              :
    aka Elizabeth L. Brown      :    CHAPTER 13
            DEBTOR(S)            :

## NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN

This Notice is provided to you pursuant to L.B.R. 2002-1(e). Please take notice that the enclosed order was entered in the above referenced case dated August 25, 2021 confirming the Debtor's Chapter 13 Plan. A copy of that plan may be obtained from the docket through Public Access to Court Electronic Records (PACER) or by request from the undersigned Counsel for Debtor.

Respectfully Submitted:

Date: August 26, 2021

/s/ Kelly M. Walsh
Kelly M. Walsh, Esq.
Attorney ID# 320919
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110
Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Elizabeth Leah Hinkle, <br> aka Beth L Hinkle, aka Elizabeth L Brown, | Chapter 13 |
| **Debtor 1** | Case No. 1:21−bk−01190−HWV |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on May 26, 2021. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: August 25, 2021

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

orcnfpln(05/18)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Elizabeth Leah Hinkle, : CASE NO: 1:21-BK-01190-HWV
    aka Beth L. Hinkle :
    aka Elizabeth L. Brown : CHAPTER 13
            DEBTOR(S) :

## CERTIFICATE OF SERVICE
## OF NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN

I certify that I did on this date, pursuant to L.B.R. 2002-1(e), serve the enclosed Notice of Confirmation of Chapter 13 Plan and Order Confirming Chapter 13 Plan addressed to all creditors and indenture trustees on the attached mailing matrix by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 26, 2021
      /s/ Deborah A. Black
      Deborah A. Black
      Paralegal
      Scaringi Law
      2000 Linglestown Road, Suite 106
      Harrisburg, PA 17110

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:21-bk-01190-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Thu Aug 26 11:27:44 EDT 2021 | Belco Community Credit Union<br>3500 E Trindle Rd<br>Camp Hill, PA 17011-4439 | Capitol Storage<br>10 Prospect Drive<br>Enola, PA 17025-2700 |
| East Pennsboro Township<br>98 South Enola Drive<br>Enola, PA 17025-2796 | Fayfinancial<br>1601 Lbj Freeway<br>Farmers Branch, TX 75234-6512 | Leslie J Rase, Esq.<br>Shapiro & Denardo, LLC<br>3600 Horizon Dr, Ste 150<br>King of Prussia, PA 19406-4702 |
| Pa St Cu<br>PO Box 67013<br>Harrisburg, PA 17106-7013 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Littleton, CO 80129-2386 | Thermotech, Inc.<br>803 S 26th Street<br>Harrisburg, PA 17111-1114 |
| US Bank Trust National Association<br>PO Box 814609<br>Dallas, TX 75381-4609 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Us Bank National association<br>c/o Joshua I Goldman<br>6267 Old Water Oak Road, Ste 203<br>Tallahassee, FL 32312-3858 |
| West Lake Financial<br>PO Box 76809<br>Los Angeles, CA 90076-0809 | Westlake Services, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |