UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ELIZABETH LEAH HINKLE  :
    DEBTOR(S) : CASE NO: 1:21-BK-01190-HWV
        :
        : MOTION TO SELL UNDER 363(B)
        : SALE OF REAL ESTATE
        :
        : CHAPTER 13

## ORDER APPROVING SALE OF REAL ESTATE

Upon Consideration of the Debtor(s) Motion to Sell Real Estate Under Section 363(b), it is hereby Ordered and Directed as follows:

1. The sale of the Debtor's property known and numbered as 97 Lee Ann Court, Enola, PA 17025, Cumberland County is hereby approved.

2. Proceeds of the sale are to be distributed as follows:

   a. Realty Transfer Tax: $ 1,850.00

   b. Realtor Commission: $ 11,595.00

   c. Seller Assist: $ 3,000.00

   d. Deed preparation and Certifications: $ 200.00

   e. US Bank Trust NA (mortgage)      pay off of balance owed

Fay Servicing, LLC as Servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust's lien shall be paid in full subject to a proper and accurate payoff at the time of sale. The lien will otherwise remain on the property unless paid in full.

    f. East Pennsboro Township (lien)      pay off of balance owed

g. Trustee Jack N. Zaharapoulos, Esq.  $  4,255.32

h. Net proceeds of sale thereafter to be distributed to the Debtor.