UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
ELIZABETH L. HINKLE  
        DEBTOR(S)    :     CASE NO:    1:21-BK-01190

                                                      CHAPTER 13

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE PROTHONOTARY:

Please withdraw my appearance as the attorney in the above-captioned action for the Debtor(s). Please transfer my claim for attorney's fees to be paid to Melanie Walz Scaringi and Scaringi Law.

Respectfully Submitted,

Date: 11-3-2021

Kelly M. Walsh  
Attorney ID# 320919

## PRAECIPE TO ENTER APPEARANCE

TO THE PROTHONOTARY:

Please enter my appearance as attorney in the above-captioned action for the Debtor(s).

Respectfully Submitted,

Date: 11-3-21

Melanie Walz Scaringi  
Attorney ID# 88347  
Scaringi Law  
2000 Linglestown Road, Suite 106  
Harrisburg, PA 17110